UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:05-cr-00041 OWW |
| ) | |
| v. ) | |
| ) | |
| WILLIAM TERRY EAKIN, ) | |
| ) | |
| Defendant ) | ORDER RECOMMENDING FACILITY |
| _____) | |

The Court hereby recommends the defendant be incarcerated in the facility at Atwater, California, but only insofar as it accords with security classification and space availability.

Dated: October 25, 2005               /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1