**FILED**

AUG 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05CR00041 LJO |
| Plaintiff, ) | ORDER OF RELEASE |
| vs. ) | |
| WILLIAM TERRY EAKIN, ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on August 17, 2015.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: August 17, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1